801 A.2d 243

IN THE MATTER OF CAROLYN E. ARCH,
AN ATTORNEY AT LAW.

July 15, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision 01–322, concluding that a letter of admonition should be issued to **CAROLYN E. ARCH** of **NEWARK,** who was admitted to the bar of this State in 1965, for violation of *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to **CAROLYN E. ARCH;** and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.